

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. AP-77,018

**BURTON LEON SPELL, Appellant**
**v.**
**THE STATE OF TEXAS**

### ON APPEAL FROM DENIAL OF BAIL
### CAUSE NO. 33157 IN THE 1ST DISTRICT COURT
### FROM JASPER COUNTY

**Per curiam.**

## O P I N I O N

On May 24, 2013, Appellant was arrested and jailed for the offense of evading arrest or detention with a motor vehicle. On May 29, 2013, the trial court granted the State's motion to deny bail for this offense pursuant to Article 1, Section 11a of the Texas Constitution. Appellant appealed the trial court's decision. Appellant has now filed a motion to withdraw his appeal. Accordingly, we order the appeal dismissed.

Filed: June 26, 2013
Do not publish